**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| PHILLIP JAQUEZ, | ) |
|     Plaintiff, | ) |
| vs. | ) Case No. CIV-05-0725-F |
| CORRECTIONS CORPORATION OF AMERICA, | ) |
|     Defendant. | ) |

## ORDER

The court's Order of September 8, 2005, granted plaintiff's request for an extension of time within which to pay the filing fee in this action. That Order further advised that, if the required $6.07 payment were not received within 90 days from the date of that Order, or if no timely and sufficient reason for any failure to pay was provided within that period, this action would then be dismissed without prejudice as recommended by Magistrate Judge Robert E. Bacharach in his Report and Recommendation of August 16, 2005. (Doc. no. 8.)

The 90-day extension has now expired, and no payment has been received. Nor has plaintiff requested another extension of time within which to pay, or offered any explanation or demonstration of good cause for his failure to pay.

Accordingly, after careful consideration, the Report and Recommendation of Magistrate Judge Robert E. Bacharach (doc. no. 8) is hereby **ADOPTED**,

**ACCEPTED**, and **AFFIRMED**, and this action is **DISMISSED** without prejudice to the filing of a new suit.

Dated this 19th day of December, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0725p003(pub).wpd